1 TEAL & MONTGOMERY
Steven O. Teal (SBN: 58454)
2 Michael S. Henderson (SBN: 175608)
815 Fifth Street, Suite 200
3 Santa Rosa, California 95404
Telephone: (707) 525-1212
4 Facsimile: (707) 544-1388

5 Attorneys for Plaintiff
PAULA MINNIS
6
SEYFARTH SHAW LLP
7 Carolyn A. Knox (SBN: 181317)
Krista L. Mitzel (SBN: 221002)
8 560 Mission Street, Suite 3100
San Francisco, California 94105
9 Telephone: (415) 397-2823
Facsimile: (415) 397-8549
10
Attorneys for Defendant
11 LIFE INSURANCE COMPANY
OF NORTH AMERICA
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA MINNIS, | Case No. C-04-3781 ~~FMS~~ |
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING THE STANDARD OF REVIEW |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and DOES 1 through 10 inclusive, | |
| Defendant. | |

///
///
///
///
////
///

1
STIPULATION REGARDING STANDARD OF REVIEW/C-04-3781 FMS

1  Plaintiff Paula Minnis ("Plaintiff") and Defendant Life Insurance Company of North
2  America ("LINA") hereby stipulate that the standard of judicial review to be utilized in
3  determining the propriety of LINA's decision to terminate Plaintiff's long-term disability benefit
4  claim is *de novo*. Plaintiff also agrees to take her Motion for Ruling on Standard of Review off
5  calendar.

6  DATED: July 13, 2005          TEAL & MONTGOMERY

8                                 By /s/ Michael S. Henderson

10                                Attorneys for Plaintiff
                                  PAULA MINNIS

11 DATED: July 14, 2005           SEYFARTH SHAW LLP

13                                By /s/ Carolyn A. Knox
14                                   Krista L. Mitzel

15                                Attorneys for Defendant
                                  LIFE INSURANCE COMPANY OF
16                                NORTH AMERICA

17 **IT IS SO ORDERED:**

18 Date: July 25, 2005

19                                HONORABLE C. R. Breyer
                                  UNITED STATES DISTRICT COURT JUDGE

                                  APPROVED
                                  Judge Charles R. Breyer

2
STIPULATION REGARDING STANDARD OF REVIEW/C-04-3781 FMS