**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA MINNIS,                                    No. C 04-03781 CRB

              Plaintiff,                          **ORDER OF DISMISSAL**

    v.

LIFE INS. CO. OF NORTH AM,

              Defendant.
_____/

          The parties hereto, by their counsel, having advised the Court that they have agreed to a

settlement of this case,

          IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,

however, that if any party hereto shall certify to this Court, within thirty days, with proof of service

of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been

delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to

the calendar to be set for trial.

Dated: July 26, 2005

                                                 _____
                                                 CHARLES  R. BREYER
                                                 UNITED STATES DISTRICT JUDGE