1  TEAL & MONTGOMERY
   Steven O. Teal (SBN: 58454)
2  Michael S. Henderson (SBN: 175608)
   815 Fifth Street, Suite 200
3  Santa Rosa, California 95404
   Telephone: (707) 525-1212
4  Facsimile: (707) 544-1388

5  Attorneys for Plaintiff
   PAULA MINNIS
6

7  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN: 181317)
8  Krista L. Mitzel (SBN: 221002)
   560 Mission Street, Suite 3100
9  San Francisco, California 94105
   Telephone: (415) 397-2823
10 Facsimile: (415) 397-8549

11 Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAULA MINNIS | ) | Case No. C-04-3781 CRB |
|---|---|---|
| Plaintiff, | ) ) ) ) | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | ) ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and DOES 1 through 10 inclusive, | ) ) ) ) | |
| Defendant. | ) ) ) | |

///

///

///

///

////

///

1

Stipulation and [Proposed] Order of Dismissal of Action with Prejudice / C-04-3781 CRB

Plaintiff Paula Minnis ("Plaintiff") and Defendant Life Insurance Company of North America ("LINA") have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: August 22, 2005

TEAL & MONTGOMERY

By _____
Michael S. Henderson

Attorneys for Plaintiff
PAULA MINNIS

DATED: August 22, 2005

SEYFARTH SHAW LLP

By _____
Carolyn A. Knox
Krista L. Mitzel

Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

**IT IS SO ORDERED:**

Date: August 23, 2005

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

APPROVED
Judge Charles R. Breyer

SF1 28215211.1

2
Stipulation and [Proposed] Order of Dismissal of Action with Prejudice / C-04-3781 CRB